Juan RAYMUNDO–BERNABE, Petitioner

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 14–2959.

United States Court of Appeals, Eighth Circuit.

Submitted: April 13, 2015.

Filed: April 16, 2015.

---

1. The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri, sitting by designation.

2. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

Juan Raymundo–Bernabe, Lexington, NE, pro se.

Karen Yolanda Drummond, Edward C. Durant, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Juan Raymundo–Bernabe, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his application for cancellation of removal. After careful review, we conclude that Raymundo–Bernabe has not raised a cognizable constitutional or legal challenge to the decision below, and thus, that we lack jurisdiction to review the arguments that he has raised in this matter. *See Gomez–Perez v. Holder*, 569 F.3d 370, 372–73 (8th Cir.2009) (appeals court generally lacks jurisdiction to review discretionary denial of cancellation of removal, but may review constitutional claims or questions of law). Accordingly, we dismiss the petition.